AO 91 (Rev. 08/09) Criminal Complaint

FILED
RICHARD ... AGEL

2022 DEC -9 PM 4: 07

SOUT... ... OHIO
WESTERN DIV DAYTON

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Eduardo HERNANDEZ-Guzman | ) | Case No.  3:22mj-409 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## AMENDED  CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/01/2022_____ in the county of _____Clark_____ in the _____Southern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas P. Sparrow, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/9/2022

_____
*Judge's signature*

City and state:  Dayton, OH

Hon. Caroline H. Gentry, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IN THE MATTER OF THE                          )
CRIMINAL COMPLAINT OF:                        )
                                              )       **Case No. 3:22-mj-409**
HERNANDEZ-Guzman, Juan Eduardo                )
                                              )

*AMENDED*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Thomas P. Sparrow, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than fourteen years of experience as an Immigration Agent with United States Immigration and Customs Enforcement (ICE). I am assigned to the Columbus, OH, Office of Enforcement and Removals. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Immigration Enforcement Agent course at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia.

2. During the course of investigating Juan Eduardo HERNANDEZ-Guzman (A200 613 509), I have learned the following facts:

3. HERNANDEZ-Guzman is a citizen and national of Mexico with no claim to United States citizenship.

4. On or about May 27, 2016, HERNANDEZ-Guzman was ordered removed by an Immigration Official in Tucson, AZ. HERNANDEZ-Guzman was physically removed on this order on or about May 28, 2016, at the Calexico, CA Port of Entry. On that day HERNANDEZ-Guzman surrendered his fingerprint and photo for Immigration form I-296 (Notice to Alien Ordered Removed/Departure Verification) and signed the same form. HERNANDEZ-Guzman's departure was witnessed by an Immigration Officer who documented the departure by way of signature on Immigration form I-296.

5. On or about October 2, 2020, HERNANDEZ-Guzman was encountered by Immigration Officials in Mechanicsburg, OH. HERNANDEZ-Guzman's prior order of removal from May 27, 2016 was reinstated. On or about October 13, 2020, HERNANDEZ-Guzman was removed from the United States to Mexico at the Brownsville, TX, Port of Entry.

6. On or about November 24, 2022, the Springfield Police Department arrested HERNANDEZ-Guzman for two counts of Domestic Violence in Springfield, OH.

These cases regarding HERNANDEZ-Guzman are still pending in the Clark County Municipal Court.

7. After a verification of fingerprints, ICE determined that HERNANDEZ-Guzman had previously been ordered removed from the United States and is subject to prosecution for illegal re-entry, being found in the United States after being barred from reentering this county for a period of 20 years. Biometric and records checks confirmed that HERNANDEZ-Guzman did not receive permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security for this reentry into the United States.

8. I submit that the foregoing facts establish probable cause that Juan Eduardo HERNANDEZ-Guzman has committed a violation of 8 U.S.C. § 1326(a), in that HERNANDEZ-Guzman is (1) an alien who was denied admission, excluded, deported, or removed, or departed the United States while an order of exclusion, deportation or removal was outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

Thomas P. Sparrow
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 9th day of December, 2022.

HONORABLE CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE

2